UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**MICROSOFT CORPORATION**


**V.**                                                    **CIVIL ACTION NO. 15-10228-FDS**


**INTEGRATED COMMUNICATIONS &**
**TECHNOLOGIES, INC.**


### SETTLEMENT ORDER OF DISMISSAL


SAYLOR, D.J.


The Court having been advised by counsel for the parties that  the above-entitled action has

been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without

prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement

is not consummated.


May 18, 2015

/s/ Timothy R. Maynard
--------------------------
Deputy Clerk